# WILENS & BAKER P.C.

ATTORNEYS AND COUNSELORS AT LAW

450 SEVENTH AVENUE, 12TH FLOOR
NEW YORK, N.Y. 10123-1209

TELEPHONE
(212) 695-0060

TELECOPIER
(212) 643-0237

VIA FAX – 212-805-6717

November 27, 2007

Hon. Richard M. Berman, U.S.D.J.
United States District Court
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

    Re: Garcia v. Quarantillo; 07 Civ. 9297 [RMB]
       <u>Conference November 29, 2007 @ 9:00 am</u>
       <u>Request for Continuance</u>

Your Honor:

    Plaintiff's counsel, with consent of Defendant's counsel, requests that the conference in this matter be adjourned to a date after January 3, 2008.

    Defendant's answer is due on or before December 17, 2007. In addition, Defendant has already adjudicated one of Plaintiff's family members and is working on the remaining two.

    Please note that when I spoke to Mr. Brettler, I requested that the conference be adjourned until after December 17, 2007. However, I subsequently was in contact with Mr. Schwartz, Defendant's counsel, and he advised that he will be out of the country the week of December 17, 2007. In addition, I will be away a few days the week of December 24, 2007.

    Based on the above mentioned, I request that the conference be adjourned to a date after January 3, 2008. I am hopeful that this matter can be settled by the parties by the end of this year.

    Thank you for your consideration.

Very truly yours,

WILENS & BAKER, P.C.

By /s/ Spiro Serras
Spiro Serras, Esq.

*[Handwritten endorsement:]* CONFERENCE ADJOURNED UNTIL 1/7/08 AT 9:00 A.M.

SO ORDERED:
Date: 11/27/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-27-07

cc:   Matthew L. Schwartz, S.A.U.S.A.
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Fax 212-637-2750