


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

January 2, 2008

**MEMO ENDORSED**

BY HAND

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 650
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

     Re:    *Garcia v. Quarantillo*, 07 Civ. 9297 (RMB) (DFE)

Dear Judge Berman:

    This Office represents the defendants in the above-referenced action. I write to advise the Court about the status of this case, and to request an adjournment of the initial conference presently scheduled for January 7, 2008.

    In this action, plaintiffs Adrian, Anahi, and Eric Garcia seek to compel the Citizenship and Immigration Service to finish processing their applications for adjustment of status. I am pleased to report that Adrian Garcia's application was granted on November 9, 2007, and so that portion of the action is now moot. Anahi and Eric Garcia are scheduled to be fingerprinted on January 2, 2008; once that takes place, and once Anahi Garcia provides updated health records to CIS, their applications will be adjudicated promptly. Accordingly, the defendants respectfully request a one month adjournment of the initial conference date, with the expectation that this case will be resolved before then. Plaintiffs' counsel consents.

> Adjourned to 2/7/08
> @ 9:15 AM
>
> SO ORDERED:
> Date: 1/2/08    *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Thank you for your consideration of this request.

                    Respectfully,

                    MICHAEL J. GARCIA
                    United States Attorney

By: _____
      MATTHEW L. SCHWARTZ
      Assistant United States Attorney
      Telephone: (212) 637-1945
      Facsimile:  (212) 637-2750
      E-mail:  matthew.schwartz@usdoj.gov

cc:   BY E-MAIL

Spiro Serras, Esq.
Wilens & Baker, PC
450 Seventh Avenue
New York, New York 10123
E-mail:  sserras@wilensandbaker.com