USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

# WILENS & BAKER P.C.
ATTORNEYS AND COUNSELORS AT LAW

450 SEVENTH AVENUE, 12TH FLOOR
NEW YORK, N.Y. 10123-1209

TELEPHONE
(212) 695-0060

TELECOPIER
(212) 643-0237

VIA FAX – 212-805-6717

February 6, 2008

Hon. Richard M. Berman, U.S.D.J.
United States District Court
500 Pearl Street
New York, NY 10007-1312



Re: Garcia v. Quarantillo; 07 Civ. 9297 [RMB]
   Conference February 7, 2008 @ 9:30 am
   Request for Continuance

Your Honor:

Plaintiff's counsel, with consent of Defendant's counsel, requests that the conference in this matter be adjourned to a date after February 25, 2008.

Pursuant to a conference call with your chamber's, counsel for both parties believe that Defendant has in fact adjudicated the applications in question. We are still awaiting formal confirmation from Defendant.

We therefore request a short continuance to obtain verification.

Thank you for your consideration.

Very truly yours,

WILENS & BAKER, P.C.

By _____
Zipho Seiras, Esq.

cc: Matthew L. Schwartz, S.A.U.S.A.
86 Chambers Street, 3rd Floor
New York, NY 10007
Fax 212-637-2750



{SS: 86681\00015567.DOC}

Conference adjourned to 2/28/08 @ 9:00 A.M.

SO ORDERED:
Date: 2/7/08    Richard M. Berman
Richard M. Berman, U.S.D.J.