# WILENS & BAKER P.C.
ATTORNEYS AND COUNSELORS AT LAW

450 SEVENTH AVENUE, 12TH FLOOR
NEW YORK, N.Y. 10123-1209

TELEPHONE
(212) 695-0060

TELECOPIER
(212) 643-0237

**MEMO ENDORSED**

February 25, 2008

Hon. Richard M. Berman, U.S.D.J.
United States District Court
500 Pearl Street
New York, NY 10007-1312

RECEIVED
RICHARD M. BERMAN
U.S.D.J.

Re: Garcia v. Quarantillo; 07 Civ. 9297 [RMB]
   Conference February 28, 2008 @ 8:45 am
   Request for Continuance

Your Honor:

Plaintiff's counsel requests that the conference in this matter be adjourned to a date after April 15, 2008.

Due to Mr. Schwartz's intervention, Defendant's is in the process of adjudicating the above referenced matters. Our previous belief that the matter was in fact adjudicating and completed was in error. Defendant, pursuant to a notice dated February 8, 2008 requires new medical clearances from Plaintiffs. The medicals were just obtained by plaintiffs and pursuant to Defendant's request are being forwarded to the Vermont Service Center for review.

It is anticipated that we should receive of reply from Defendant in approximately 45 days.

Both parties are in the process of reaching a settlement on this matter as quickly as possible.

Thank you for your consideration.

Very truly yours,

WILENS & BAKER, P.C.

By _____
Spiro Serras, Esq.

cc: Matthew L. Schwartz, S.A.U.S.A.
   86 Chambers Street, 3rd Floor
   New York, NY 10007

{SS: 86681\00015567.DOC}

**SO ORDERED:**
Date: 2/26/08
Richard M. Berman, U.S.D.J.

Handwritten endorsement: Conference with principals adjourned to 4/21/08 @ 9:15 AM (FINAL). The Court expects a resolution before then.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08