

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 26, 2008

BY HAND

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 650
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08

Re:   *Garcia v. Quarantillo*, 07 Civ. 9297 (RMB) (DFE)

Dear Judge Berman:

    This Office represents the defendant in the above-referenced action, which sought to compel the United States Citizenship and Immigration Service to adjudicate plaintiffs' applications for adjustment of status. I am pleased to report that CIS has now done so, providing the plaintiffs with all of the relief requested and rendering this action moot. (The applications were all approved; copies of the approvals are attached). The Government therefore respectfully requests that the action be dismissed as moot and that the conference scheduled for April 21, 2008, be cancelled; plaintiffs consent to both of these requests.

    Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile:  (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

THE CLERK TO CLOSE THIS CASE.

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
3/26/08

enclosures

cc:   <u>BY OVERNIGHT DELIVERY</u>

Spiro Serras, Esq.
Wilens & Baker, PC
450 Seventh Avenue
New York, New York 10123